### W. F. FELL ET AL. v. W. E. FARREL ET AL.

APPEAL BY DEFENDANTS FROM THE COURT OF COMMON PLEAS
NO. 1 OF PHILADELPHIA COUNTY.

Argued April 8, 1890—Decided May 5, 1890.

Righter v. Farrel, *ante*, 482, followed.

Before PAXSON, C. J., STERRETT, WILLIAMS, McCOLLUM and MITCHELL, JJ.

No. 200 January Term 1890, Sup. Ct.; court below, No. 777 September Term 1887, C. P. No. 1.

The facts of this case were the same as the facts of Righter v. Farrel, ante, 482, except in the amount of the plaintiffs' claim. The instructions to the jury were to the same effect, and the assignments of error raised the same questions.

*Mr. Charles L. Smith* (with him *Mr. J. M. West*), for the appellants.

*Mr. Richard P. White*, for the appellees.

PER CURIAM:

Judgment affirmed.